B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Alabama

In re DARREN LEE HARVELL                ,         Case No. 18-04895

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Servis One, Inc. dba BSI Financial Services | Mortgage Solutions of Colorado, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
1425 Greenway Drive, Suite 400
Irving, TX 75038

Court Claim # (if known): _____7_____
Amount of Claim: _____$41,891.66_____
Date Claim Filed: _____02/12/2019_____

Phone: (800)561-4567
Last Four Digits of Acct #: 5433

Phone: 847-550-7300
Last Four Digits of Acct. #: 3985

Name and Address where transferee payments should be sent (if different from above):
PO Box 517
Titusville, PA 16354

Phone: (800)327-7861
Last Four Digits of Acct #: 5433

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/_____                              Date: 1/31/22
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 31st day of January, 2022, served a copy of the foregoing pleading on by mailing a copy of the same by United States Mail, properly addressed and first class postage prepaid:

    Debtors:    Darren Lee Harvell
                        PO Box 91
                        Fulton, AL 36446

And by Electronic Transmission (ECF e-mail) to the following:

    Debtor's Attorney:    Stephen L. Klimjack
                                pleadings@klimjack.com

    Trustee:    Daniel B. O'Brien
                        dobrien@ch13mob.com

                                              */s/John T. Bender*
                                              JOHN T. BENDER