Form 2100B (12/15)

# United States Bankruptcy Court
## Southern District of Alabama

IN RE:

**Darren Lee Harvell**
**aka Darren L Harvell**
**aka Darren Harvell**

Case No.: 18−04895
Chapter: 13

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 7 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 1/31/22.

**Name of Alleged Transferor**
MORTGAGE SOLUTIONS OF COLORADO, LLC

**Name of Transferee**
SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES

**Address of Alleged Transferor**
1 CORPORATE DRIVE, STE 360
LAKE ZURICH, IL 60047

**Address of Transferee**
1425 GREENWAY DRIVE, STE 400
IRVING, TX 75038

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty−one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Dated: 2/1/22

*Andrea D. Redman*
**CLERK, U.S. BANKRUPTCY COURT**